UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

LEWIS S. FARRAR,                          )
                                          )
         Plaintiff,                       )
                                          )
         v.                               )        CV-08-385-B-W
                                          )
POLARIS INDUSTRIES, INC. and              )
TIDD'S SPORT SHOP,                        )
                                          )
         Defendants.                      )


**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision

filed December 8, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Objection to Notice of

Removal (Docket # 11) be and hereby is OVERRULED.

SO ORDERED.


                          /s/ John A. Woodcock, Jr._____
                          JOHN A. WOODCOCK, JR.
                          CHIEF UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2009